**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orlando RIOS–LAGARRATA,
Defendant–Appellant.**

No. 06–10443.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed March 1, 2007.

Jacki Lynn Ireland, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Jerry Matthew Hernandez, Esq., Law Office of Jerry Hernandez, Tempe, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Orlando Rios–Lagarrata appeals from his conviction for transportation of illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Rios–Lagarrata contends that it was plain error for the district court not to have the indictment read to the jurors. We disagree. "[I]t is well settled that the jury must be fairly apprised of the nature of the charges against the defendant, but this does not necessarily require a reading of the indictment to the jury either in whole or in part." *Robles v. United States,* 279 F.2d 401, 403–04 (9th Cir.1960). Here, the jury was fairly apprised of the nature of the charges against Rios–Lagarrata.

**AFFIRMED.**